MEMO ENDORSED

IN THIS UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

E.A. and J.A., on behalf of their minor child, M.A.,

                Plaintiff,                NOTICE OF MOTION

   -vs-

                                      7:20-cv-03612-KMK

THE EAST RAMAPO CENTRAL SCHOOL DISTRICT,

                Defendant.

---

PLEASE TAKE NOTICE that upon the annexed motion, the accompanying Affirmation of Allison B. Fiut, Esq., dated August 19, 2020, the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior proceedings, Defendant East Ramapo Central School District (herein "Defendant"), by and through counsel, will move this Court, at a location and on a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, dismissing the Complaint.

PLEASE TAKE FURTHER NOTICE that pursuant Local Rule 6.1(b) any opposing affidavits and answering memoranda must be served within fourteen days after service of the moving papers.

Dated: Buffalo, New York
        August 19, 2020

HARRIS BEACH PLLC

**The Motion is rejected for failure to follow the pre-motion letter procedure set forth in Judge Karas's Individual Rules.**

**The Clerk of Court is respectfully directed to terminate the pending Motion at Dkt. No. 4.**

By: /s/ Allison B. Fiut
Allison B. Fiut, Esq.
*Attorneys for Defendant*
726 Exchange Street, Suite 1000
Buffalo, New York 14210
(716) 200-5050
afiut@harrisbeach.com

TO: All Counsel (By CM/ECF)

SO ORDERED
/s/ KENNETH M. KARAS, U.S.D.J.

Aug. 25, 2020